BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant U.S. Attorney
WALLACE J. LEE
Special Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:11-CR-00360-DLB |
| Plaintiff, ) | |
| v. ) | MOTION AND ORDER FOR DISMISSAL |
| GIRARD D. McDARMENT, ) | |
| Defendant. ) | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Wallace Lee, Special Assistant United States Attorney, hereby moves to dismiss the Information filed on October 21, 2011, against Girard D. McDarment, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: November 28, 2011            BENJAMIN B. WAGNER
                                    United States Attorney


                               By : /s/ Wallace J. Lee
                                    WALLACE J. LEE
                                    Special Assistant U.S. Attorney

O R D E R

IT IS HEREBY ORDERED that the Information filed on October 21, 2011, against Girard D. McDarment, be dismissed in the interest of justice.

IT IS SO ORDERED.

**Dated:   November 29, 2011**          /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE